UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD CHRISTIAN ROBBEN,<br><br>Petitioner,<br><br>v.<br><br>GEORGE JAIME, Warden,<br><br>Respondent. | No. 2:18-cv-2545 KJM AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2019, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner has filed objections to the findings and recommendations, ECF No. 38; a supplement to those objections, ECF No. 39; and a motion to disqualify both the undersigned and the assigned magistrate judge, ECF No. 36.

In his objections, petitioner makes three separate requests, one of which is that this court proceed with this action notwithstanding the pendency of his state court appeal, due to undue delay in the state courts. *See* ECF No. 38 at, *e.g.*, 10-11.

/////

Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from the date of this order respondent shall respond to petitioner's request to proceed with this action based on undue delay in the state court system. Petitioner may file a reply within seven days thereafter.

DATED: July 30, 2019.

_____
UNITED STATES DISTRICT JUDGE